**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN AGUAYO, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIG LOTS STORES, INC., an Ohio Corporation, and PNS STORES, INC., an Ohio Corporation, and DOES 1-100, inclusive,<br><br>Defendants. | **Case No.: ED CV 17-297-DMG (SPx)**<br><br>**ORDER GRANTING DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(1) [18]** |

Based on the parties' stipulation and for good cause shown, the above-captioned action is dismissed with prejudice as to Plaintiff ADRIAN AGUAYO's individual claims, with the parties to bear their own attorneys' fees and costs. The claims of the putative class members are dismissed without prejudice.

IT IS SO ORDERED.

DATED: August 2, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE